In the United States District Court
For the Southern District of Texas
Houston Division

PLANTIFF: NANIK BHAGIA ET AL     CIVIL ACTION NO. 4:19-CV-03444

VS.

DEFENDANT: PHH Mortgage Corporation

ORDER

On _November 13_, 2019, the court considered Plaintiffs motion to Dismiss and it is ordered that this case is dismissed without prejudice.

All costs are taxed against the party incurring the costs.

Signed on _November 13_, 2019

U. S. DISTRICT JUDGE